```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAL BARR                      :      CIVIL ACTION
                                :
        v.                      :
                                :
FRANCIS FEILD, et al.           :      NO. 07-2793
```

ORDER

AND NOW, this 7th day of February, 2012, upon consideration of the defendants' Motion for Reconsideration (Docket No. 74), the opposition thereto (Docket No. 76), and following a telephone conference with counsel on November 21, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED in part and DENIED in part.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              Mary A. McLaughlin, J.